Suzanne C. Leidner
LEIDNER & LEIDNER
2000 Riverside Drive
Los Angeles, CA 90039
Tel: (323) 664-5670
Fax:(323)  663-0840
Email:  Scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
BAMBEE PARKER MILLER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BAMBEE PARKER MILLER            )
                                )
        Plaintiff,              )
                                ) CASE NO. 2:15-CV-7388 AGR
    v.                          )
                                )     ORDER
CAROLYN COLVIN,                 )     EAJA
 Acting Commissioner of Social  )
    Security                    )
                                )
        Defendant.              )
_____        )

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of THIRTY-SEVEN HUNDRED

1

DOLLARS AND 00/100 ($3,700.00) as authorized by 28 U.S.C. 2412(d) and subject to the terms of the above-referenced Stipulation

DATED: November 1, 2016

*Alicia G. Rosenberg*

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE